(C.D. 4447)

IRVING M. SOBIN CHEMICAL CO., INC. *v.* UNITED STATES

Court No. 66/7960

(Dated June 25, 1973)

*Walter E. Doherty, Jr.*, for the plaintiff.
*Harlington Wood, Jr.*, Assistant Attorney General (*Gilbert Lee Sandler*, trial attorney), for the defendant.

WATSON, Judge: For opinion see C.D. 4434.

(C.D. 4448)

IRVING M. SOBIN CHEMICAL CO., INC. *v.* UNITED STATES

Court No. 66/7961

(Dated June 25, 1973)

*Walter E. Doherty, Jr.*, for the plaintiff.
*Harlington Wood, Jr.*, Assistant Attorney General (*Gilbert Lee Sandler*, trial attorney), for the defendant.

WATSON, Judge: For opinion see C.D. 4434.